UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BRANCH BANKING AND TRUST COMPANY,

    Plaintiff,

v.

D.M.S.I., LLC; et al.,

    Defendants.

2:11-cv-1778-LRH-VCF

ORDER

Before the court is defendants motion to dismiss. Doc. #13.

After the filing of defendants' motion to dismiss, plaintiff Branch Banking and Trust Company ("Branch Banking") filed an amended complaint. Doc. #14. The filing of the amended complaint supersedes the original complaint in its entirety. Accordingly, moving defendants' motion to dismiss the complaint is now moot. Therefore, the court shall deny the motion to dismiss without prejudice to allow moving defendants an opportunity to respond to the amended complaint.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #13) is DENIED without prejudice.

IT IS SO ORDERED.

DATED this 28th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE