**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>D.M.S.I., L.L.C., a Nevada limited-liability company, YOEL INY, NOAM SCHWARTZ, YOEL INY, Trustee of the Y&T Iny Family Trust, RONNIE SCHWARTZ, Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 2:11-cv-01778-LRH-VCF<br><br>**STIPULATION AND ORDER TO AMEND FIRST AMENDED COMPLAINT; AND SET ASIDE DEFAULT OF RONNIE SCHWARTZ, TRUSTEE OF NS 1998 FAMILY TRUST;** |

Pursuant to Rule 15, Rule 41, and Rule 55 of the Federal Rules of Civil Procedure and LR 15-1, Plaintiff BRANCH BANKING AND TRUST COMPANY ("Plaintiff") and Defendants D.M.S.I., L.L.C., YOEL INY, NOAM SCHWARTZ, YOEL INY, Trustee of the Y&T Iny Family Trust, and RONNIE SCHWARTZ, Trustee of the NS 1998 Family Trust ("Defendants"), by and through their respective counsel, hereby stipulate to the following:

1.    The Default of Ronnie Schwartz, Trustee of the NS 1998 Family Trust shall be set aside (Dkt. 28);

2.    Defendant Ronnie Schwartz shall be dismissed from this action with prejudice;

3.    Plaintiff may amend the First Amended Complaint (Dkt. 14) in the proposed form

1

attached hereto as Exhibit 1 to remove Ronnie Schwartz as the Trustee of the NS 1998 Family Trust and to instead name NST Holding Inc. as the Trustee of the NS 1998 Family Trust; and

4.    The law firm of Gordon Silver shall accept service of the Second Amended Complaint in the above-entitled action on behalf of all Defendants, including NST Holding Inc.

DATED JUNE 27, 2012                                        DATED JUNE 27, 2012


/s/ Jamie Zimmerman                                       /s/ Nicole E. Lovelock
Eric Hone, Esq. (SBN 8499)                                Jeremy J. Nork, Esq. (SBN 4017)
Jamie Zimmerman, Esq. (SBN 11749)                         Nicole E. Lovelock, Esq. (SBN 11187)
GORDON SILVER                                             HOLLAND & HART LLP
3960 Howard Hughes Parkway, 9th Floor                     5441 Kietzke Lane, Second Floor
Las Vegas, Nevada 89169                                   Reno, Nevada 89511
*Attorneys for Defendants*                                *Attorneys for Plaintiff*


**ORDER**

IT IS SO ORDERED:

DATED this 28th day of June, 2012.


_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT 1

Jeremy J. Nork (SBN 4017)
Nicole E. Lovelock (SBN 11187)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone (775) 327-3000
Facsimile (775) 786-6179

Attorneys for Plaintiff Branch Banking and Trust Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, <br><br> Plaintiff, <br><br> v. <br><br> D.M.S.I., L.L.C., a Nevada limited-liability company, YOEL INY, NOAM SCHWARTZ, YOEL INY, Trustee of the Y&T Iny Family Trust, NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive. <br><br> Defendants. | No. 2:11-CV-01778-LRH-VCF <br><br><br> **SECOND AMENDED COMPLAINT** |

Plaintiff, Branch Banking and Trust Company, through its undersigned attorneys, for its claims for relief against defendants, D.M.S.I, L.L.C., a Nevada limited-liability company, Yoel Iny, Noam Schwartz, Yoel Iny Trustee of the Y&T Iny Family Trust, and NST Holding Inc. Trustee of the NS 1998 Family Trust, hereby alleges as follows:

**THE PARTIES**

1.      Plaintiff, Branch Banking And Trust Company, successor in interest to Colonial Bank ("Colonial Bank") by acquisition of assets from the FDIC as Receiver for Colonial Bank, is a banking corporation that is incorporated in North Carolina and has its principal place of business and headquarters in North Carolina.

/ / / /

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

1

2.     Plaintiff is a citizen of North Carolina and qualified as a foreign corporation to transact business in Nevada.

3.     On information and belief, and based upon the loan documents attached hereto and upon his property ownership and occupation, defendant, Yoel Iny, is an individual that resides in Los Angeles County, California and is a citizen of California.

4.     On information and belief, and based upon the loan documents attached hereto and upon his property ownership and occupation, defendant, Noam Schwartz, is an individual that resides in Clark County, Nevada and is a citizen of Nevada.

5.     On information and belief, defendant, Y&T Iny Family Trust is a trust created and existing under the laws of the State of Nevada and the trustee Yoel Iny is a citizen of California.

6.     On information and belief, defendant, NS 1998 Family Trust is a trust created and existing under the laws of the State of Nevada and the trustee NST Holding Inc. is a Nevada corporation with its principal place of business in Nevada thereby making NST Holding Inc. a citizen of Nevada.

7.     On information and belief, defendant, D.M.S.I., LLC ("D.M.S.I."), is a limited liability company that was organized and exists under the laws of the State of Nevada and its sole member is Great America Capital Inc.  Upon information and belief, Great American Capital Inc. is a Nevada corporation with its principal place of business in Nevada thereby making D.M.S.I. a citizen of Nevada.

8.     Plaintiff is ignorant of the true names and capacities, whether individual, corporate, associate or otherwise, of the fictitious defendants sued herein.  Plaintiff is informed and believes, and thereon alleges, that each such fictitious defendant was in some way responsible for, participated in or contributed to the matters and things of which Plaintiff complains herein, and in some fashion has legal responsibility therefore.  When the true names of such fictitious defendants and, as appropriate, the responsibility for, participation in and contribution to the matters and things herein alleged are ascertained by Plaintiff, Plaintiff will seek leave to amend this Complaint to assert the same.

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

**JURISDICTION AND VENUE**

9.     This Court has subject matter jurisdiction over this case pursuant to Article III, § 2 of the United States Constitution and 28 U.S.C. § 1332 because the Parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.

10.     This Court has personal jurisdiction over Defendants because all Defendants either reside in the State of Nevada, are incorporated in the State of Nevada, or are situs in the State of Nevada.

11.     Venue is proper in this Court under 28 U.S.C. § 1391.

**GENERAL ALLEGATIONS**

12.     On February 27, 2004, D.M.S.I., Yoel Iny and Noam Schwartz (the "Borrowers") executed and delivered a Promissory Note to Colonial Bank, N.A. ("Colonial Bank, N.A.") in the original principal amount of $2,000,000.00 (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit 1** and is incorporated herein by this reference.

13.     In order to induce Colonial Bank, N.A. to make the loan evidenced by the Note to Borrowers, Yoel Iny, Trustee of the Y&T Iny Family Trust and Ronnie Schwartz, Trustee of the NS 1998 Family Trust (the "Guarantors") each executed and delivered to Colonial Bank, N.A. a Commercial Guaranty dated February 27, 2004, under the terms of which the Guarantors guaranteed the payment of all amounts due under the Note. True and correct copies of the Commercial Guaranties are attached hereto as **Exhibits 2a and 2b** and are incorporated herein by this reference.

14.     The Note has been amended from time to time including by that certain Change In Terms Agreement dated September 1, 2006 (the "September 2006 Change in Terms Agreement"), executed by the Borrowers under the terms of which the maximum amount of the loan evidenced by the Note was increased from $2,000,000.00 to $3,500,000.00. A true and correct copy of the September 2006 Change in Terms Agreement is attached hereto as **Exhibit 3** and is incorporated herein by this reference.

/ / / /

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

3

15.    Subsequent to September 1, 2006, Colonial Bank, an Alabama banking corporation, became the successor to Colonial Bank, N.A. through conversion from a national banking association to a state-chartered bank.

16.    The Note was further amended by that certain Change in Terms Agreement dated March 27, 2009 (the "March 2009 Change in Terms Agreement"), executed by Borrowers under the terms of which the maturity date of the Note was extended to June 1, 2009.  A true and correct copy of the March 2009 Change in Terms Agreement is attached hereto as **Exhibit 4** and is incorporated herein by this reference.

17.    On or about August 14, 2009, Colonial Bank was closed by the State Banking Department of the State of Alabama and the Federal Deposit Insurance Corporation, an agency of the United States government (the "FDIC"), was named receiver in order to liquidate and distribute the assets of Colonial Bank.

18.    On August 14, 2009, the FDIC assigned all of its right, title and interest in, to and under the loan documents evidencing, securing, guarantying and otherwise related to the Note to Plaintiff.  Plaintiff therefore acquired all rights under the loan documents relating to this litigation.  See Assignment of Security Instruments, Notes and Other Loan Documents (effective on August 14, 2009) which was recorded on November 3, 2009, in Book 20091103, as Instrument No. 03188, Official Records, Clark County, Nevada, a true and correct copy of which is attached hereto as **Exhibit 5** and is incorporated herein by this reference.

19.    Consequently, Plaintiff became the successor in interest and holder of the Note and the owner of all of the other documents evidencing, securing, guarantying or otherwise or relating to the Note.

20.    The Borrowers failed to pay the outstanding balance of principal and accrued interest due under the Note on June 1, 2009 which was the maturity date of the Note.

21.    Pursuant to the terms of the Note, upon default thereunder the interest rate under the Note automatically increased to a default rate equal to eighteen percent (18%) per annum.

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

4

22.    By demand letter dated August 3, 2011 (the "Demand Letter"), Plaintiff made written demand upon the Borrowers and the Guarantors to cure the default in payment under the Note not later than August 31, 2011.  A true and correct copy of the Demand Letter is attached hereto as **Exhibit 6** and is incorporated herein by this reference.

23.    Borrowers and the Guarantors have failed and refused to cure the default in payment under the Note.

24.    The balance due and owing under the Note is principal in the amount of $3,450,179.31 together with interest thereon from December 31, 2009, until paid in full.

25.    As a result of the action of Defendants, Plaintiff has been required to retain the services of Holland & Hart LLP and is entitled to a reasonable award of attorney's fees therefor.

### FIRST CLAIM FOR RELIEF
(Breach of Promissory Note)

26.    Plaintiff incorporates by this reference all allegations set forth in paragraph 1 through 25 as if they were fully set forth therein.

27.    Borrowers defaulted on their obligations under the Note by failing to pay the outstanding principal balance and accrued interest on June 1, 2009, the maturity date of the Note.

28.    As a result of the Borrowers' failure to fulfill their obligations under the Note, Plaintiff has been damaged in an amount in excess of $75,000.00.

### SECOND CLAIM FOR RELIEF
(Breach of Guaranty)

29.    Plaintiff incorporates by this reference all allegations set forth in paragraphs 1 through 28 as if they were fully set forth herein.

30.    Borrowers defaulted on their obligations under the Note by failing to pay the outstanding principal balance and accrued interest on June 1, 2009, the maturity date of the Note.

/ / / /

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

5

31.    As a result of Borrowers' default, the Guarantors are liable for payment of all sums due under the Note pursuant to the terms of the Commercial Guaranties.

32.    The Guarantors have failed to pay Plaintiff although each of the Guarantors have been notified of its obligations resulting from Borrowers' default.

33.    As a result of the Guarantors' failure to fulfill their obligations under the Commercial Guaranties, Plaintiff has been damaged in an amount in excess of $75,000.00.

### THIRD CLAIM FOR RELIEF
(Breach of the Covenant of Good Faith and Fair Dealing)

34.    Plaintiff realleges paragraphs 1 through 33, as though stated fully herein.

35.    The Note and the Commercial Guaranties each contain an implied covenant of good faith and fair dealing and the Borrowers and the Guarantors triggered this covenant upon the execution of the Note and the Commercial Guaranties, respectively.

36.    Subsequent to the execution of the Note and the Commercial Guaranties, the Borrowers and the Guarantors have acted unfaithfully to the purpose of the Note and the Commercial Guaranties by failing to comply with the terms and obligations thereunder.

37.    As a result of the actions of the Borrowers and the Guarantors, Plaintiff's justified expectations under the Note and the Commercial Guaranties have been denied.

38.    As a result of the Borrowers and the Guarantors' actions, Plaintiff has been damaged in an amount in excess of $75,000.00.

WHEREFORE, Plaintiff respectfully requests judgment against Defendants, jointly and severally, as follows:

1.    For an award of damages in an amount in excess of $75,000.00;

2.    For costs of suit and reasonable attorney's fees; and

////

////

////

////

////

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

6

3.   For such other and further relief as the Court deems just, proper, and equitable.

DATED this 26th day of June, 2012.

_____
Jeremy J. Nork, Esq. (SBN 4017)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone (775) 327-3000
Facsimile (775) 786-6179

Attorneys for Plaintiff Branch Banking and Trust Company

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

7