GORDON SILVER
ERIC D. HONE
Nevada Bar No. 08499
Email: ehone@gordonsilver.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>D.M.S.I., L.L.C., a Nevada limited-liability company; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust; NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive.<br><br>Defendants. | VCF<br><br>CASE NO. 2:11-cv-01778-LRH-~~VC~~<br><br>**MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; ~~[PROPOSED]~~ ORDER** |

Pursuant to L.R. 10-6(e), Defendants, by and through their counsel, Gordon Silver ("Counsel"), respectfully move this court for an order to remove former counsel, Jamie L. Zimmerman (jzimmerman@gordonsilver.com), from the CM/ECF service list and any mailing list on the above-referenced matter.

Ms. Zimmerman previously represented Defendants. However, she is no longer is affiliated with the law firm of Gordon Silver, no longer represent Defendants, and has no further need to receive CM/ECF notification or mail in this case.

Gabriel A. Blumberg will now represent Defendants. Mr. Blumberg's Email address is gblumberg@gordonsilver.com.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-002/1616644.doc

1

A courtesy copy of this Motion is being simultaneously mailed to former counsel at the following last known address:

>    JAMIE L. ZIMMERMAN
>    Nevada Bar No. 11749
>    jamie.zimmerman@jacksonlewis.com
>    Jackson Lewis
>    3800 Howard Hughes Parkway, Suite 600
>    Las Vegas, NV 89169

By this motion, Counsel seeks an Order that Ms. Zimmerman's name be removed as counsel of record for Defendants and her their respective email address be removed from the CM/ECF notification list on this matter, and that Gabriel A. Blumberg be added to Counsel representing Defendants.

Dated this 8th day of August 2012.

>    GORDON SILVER
>
>    /s/ Eric D. Hone_____
>    ERIC D. HONE
>    Nevada Bar No. 08499
>    Email: ehone@gordonsilver.com
>    GABRIEL A. BLUMBERG
>    Nevada Bar No. 12332
>    Email: gblumberg@gordonsilver.com
>    3960 Howard Hughes Pkwy., 9th Floor
>    Las Vegas, Nevada 89169
>    Tel: (702) 796-5555
>    Fax: (702) 369-2666
>    Attorneys for Defendants

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-002/1616644.doc

2

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Gordon Silver, hereby certifies that on the 8th day of August 2012 she filed and served a copy of the MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER, via the Court's CM/ECF filing system upon:

Jeremy J. Nork  
Holland & Hart LLP  
5441 Kietzke Lane  
Suite 200  
Reno, NV 89511  
Email: jnork@hollandhart.com

Nicole E. Lovelock  
Holland & Hart LLP  
9555 Hillwood Drive  
Second Floor  
Las Vegas, Nevada 89134  
Email: nelovelock@hollandhart.com

/s/ Bobbye Donaldson  
Bobbye Donaldson, an employee of  
GORDON SILVER

Gordon Silver  
Attorneys At Law  
Ninth Floor  
3960 Howard Hughes Pkwy  
Las Vegas, Nevada 89169  
(702) 796-5555  

103224-002/1616644.doc

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>D.M.S.I., L.L.C., a Nevada limited-liability company; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust; NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive.<br><br>Defendants. | VCF<br><br>CASE NO. 2:11-cv-01778-LRH-~~VC~~<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST |

THIS MATTER came before the Court on the Defendants' Motion to Remove Former Counsel from CM/ECF Service List. Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Jamie L. Zimmerman (jzimmerman@gordonsilver.com) be removed from the CM/ECF service list and has no further need to receive CM/ECF notification or mail in this case.

IT IS FURTHER ORDERED that Gabriel A. Blumberg whose Email address is gblumberg@gordonsilver.com is added to CM/ECF service and mailing list as Counsel for Defendants.

1

1616644.doc

1   IT IS FURTHER ORDERED that counsel for Defendants mail a copy of this Order to

2   former counsel at their last known address(es):

3   JAMIE L. ZIMMERMAN
    Nevada Bar No. 11749
4   Jackson Lewis
    3800 Howard Hughes Parkway, Suite 600
5   Las Vegas, NV 89169

IT IS SO ORDERED:

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE
DATED: 8-13-2013

2

1616644.doc