GORDON SILVER
ERIC D. HONE
Nevada Bar No. 08499
Email: ehone@gordonsilver.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, | VCF<br>CASE NO. 2:11-cv-01778-LRH-~~VC~~ |
| Plaintiff, | **MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** |
| vs. | |
| D.M.S.I., L.L.C., a Nevada limited-liability company; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust; NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive. | |
| Defendants. | |

Pursuant to L.R. 10-6(e), Defendants, by and through their counsel, Gordon Silver ("Counsel"), respectfully move this court for an order to remove former counsel, Franchesca V. Van Buren (fvanburen@gordonsilver.com, FVB@vanburenlawfirm.com), from the CM/ECF service list and any mailing list on the above-referenced matter.

Ms. Van Buren previously represented Defendants. However, she is no longer is affiliated with the law firm of Gordon Silver, no longer represent Defendants, and has no further need to receive CM/ECF notification or mail in this case.

A courtesy copy of this Motion is being simultaneously mailed to former counsel at the following last known address:

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-002/1630811.doc

1

1   Franchesca V. Van Buren
    The Van Buren Law Firm, LLC
2   1350 E. Flamingo Rd. #158
    Las Vegas, NV 89119
3

4           By this motion, Counsel seeks an Order that Ms. Van Buren's name be removed as

5   counsel of record for Defendants and her their respective email address be removed from the

6   CM/ECF notification list on this matter.

7           Dated this 9th day of August 2012.

8                                           GORDON SILVER

9
                                            /s/ Eric D. Hone
10                                          ERIC D. HONE
                                            Nevada Bar No. 08499
11                                          Email:  ehone@gordonsilver.com
                                            GABRIEL A. BLUMBERG
12                                          Nevada Bar No. 12332
                                            Email:  gblumberg@gordonsilver.com
13                                          3960 Howard Hughes Pkwy., 9th Floor
                                            Las Vegas, Nevada 89169
14                                          Tel:  (702) 796-5555
                                            Fax:  (702) 369-2666
15                                          Attorneys for Defendants

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-002/1630811.doc

2

1

## CERTIFICATE OF SERVICE

2      The undersigned, an employee of Gordon Silver, hereby certifies that on the 9th day of

3  August 2012 she filed and served a copy of the MOTION TO REMOVE FORMER COUNSEL

4  FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER, via the Court's CM/ECF filing

5  system upon:

6

7  Jeremy J. Nork                          Nicole E. Lovelock
   Holland & Hart LLP                      Holland & Hart LLP
   5441 Kietzke Lane                       9555 Hillwood Drive
8  Suite 200                               Second Floor
   Reno, NV 89511                          Las Vegas, Nevada 89134
9  Email: inork@hollandhart.com            Email: nelovelock@hollandhart.com

10

11

12  Bobbye Donaldson, an employee of
    GORDON SILVER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-002/1630811.doc

3

1

2

3

4

5

6

7

8                                        UNITED STATES DISTRICT COURT

9                                             DISTRICT OF NEVADA

10   BRANCH BANKING AND TRUST                                            VCF
     COMPANY, a North Carolina banking
11   corporation,                                    CASE NO. 2:11-cv-01778-LRH-~~VC~~

12                                                   ~~[PROPOSED]~~ ORDER GRANTING
                          Plaintiff,                 MOTION TO REMOVE FORMER
13                                                   COUNSEL FROM CM/ECF SERVICE
     vs.                                             LIST
14
     D.M.S.I., L.L.C., a Nevada limited-liability
15   company; YOEL INY; NOAM SCHWARTZ;
     YOEL INY, Trustee of the Y&T Iny Family
16   Trust; NST HOLDING, INC., Trustee of the NS
     1998 Family Trust; and DOES 1 through 10,
17   inclusive.

18                        Defendants.

19

20           THIS MATTER came before the Court on the Defendants' Motion to Remove Former

21   Counsel from CM/ECF Service List.  Having fully considered the submissions and arguments of

22   the parties,

23           IT IS HEREBY ORDERED THAT Franchesca V. Van Buren

24   (fvanburen@gordonsilver.com, FVB@vanburenlawfirm.com) be removed from the CM/ECF

25   service list and has no further need to receive CM/ECF notification or mail in this case.

26           IT IS FURTHER ORDERED that counsel for Defendants mail a copy of this Order to

27   former counsel at their last known address(es):

28

1630811.doc

                                                     1

1   Franchesca V. Van Buren
    The Van Buren Law Firm, LLC
2   1350 E. Flamingo Rd. #158
    Las Vegas, NV 89119
3

4

5
                                    IT IS SO ORDERED:
6

7

8                                   _____
                                    CAM FERENBACH
9                                   UNITED STATES MAGISTRATE JUDGE
                                    DATED: 8-13-2012
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1630811.doc                                    2