```
GORDON SILVER
ERIC D. HONE
Nevada Bar No. 08499
Email: ehone@gordonsilver.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
```
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>D.M.S.I., L.L.C., a Nevada limited-liability company; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust; NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:11-cv-01778-LRH-~~VC~~ VCF<br><br>**SUBSTITUTION OF COUNSEL** |

TO:   PLAINTIFF AND ITS COUNSEL OF RECORD

Defendants, D.M.S.I., LLC; YOEL INY, individually and as Trustee of the Y & T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCHWARTZ; and D.M.S.I., LLC,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-002/1736682.doc

1 of 3

1  hereby substitute Shlomo S. Sherman of the law firm of Kolesar & Leatham in place and stead of
2  the law firm of Gordon Silver in the above-entitled action.
3  Dated this 19 day of November 2012          Dated this 19 day of November 2012
4  D.M.S.I., LLC, a Nevada limited liability   YOEL INY, individually and as Trustee of the
   company                                      Y&T Iny Family Trust

6  By _____                  By _____
7  Its President of Its Manager                 Its     Yoel Iny

8  Dated this 19 day of November 2012          Dated this 19 day of November 2012
9  NOAM SCHWARTZ                                NST HOLDINGS, INC., Trustee of the NS
                                                1998 Family Trust

11 _____
    noam schwartz
                                                By _____
12                                              Its     President

14                          **ACCEPTANCE OF SUBSTITUTION**

15    The law firm of Kolesar & Leatham hereby accepts appointment as counsel of record for
16 Defendants in the above-entitled matter.
17    Dated this 19th day of November 2012.

18                                              KOLESAR & LEATHAM

19                                              _____ #7637
20                                              SHLOMO S. SHERMAN
                                                NV Bar No. 9688
21                                              400 North Rampart Boulevard #400
                                                Las Vegas, Nevada 89145
22                                              Tel: (702) 362-7800
                                                Fax: (702) 362-9472
23                                              *Attorneys for Defendants*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103224-002/1736682.doc

2 of 3

## CONSENT TO SUBSTITUTION

Eric D. Hone of Gordon Silver does hereby agree to the substitution of Shlomo S. Sherman and the law firm of Kolesar & Leatham in the above-entitled action.

Dated this 07th day of November 2012.

GORDON SILVER

_____
ERIC D. HONE, NV Bar No. 8499
GABRIEL A. BLUMBERG, NV Bar No. 12332
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned, an employee of Kolesar & Leatham, hereby certifies that on the 20th day of November 2012 she filed and served a copy of the SUBSTITUTION OF COUNSEL, via the Court's CM/ECF filing system upon:

Jeremy J. Nork
Holland & Hart LLP
5441 Kietzke Lane
Suite 200
Reno, NV 89511
Email: jnork@hollandhart.com

Nicole E. Lovelock
Holland & Hart LLP
9555 Hillwood Drive
Second Floor
Las Vegas, Nevada 89134
Email: nelovelock@hollandhart.com

_____
An employee of KOLESAR & LEATHAM

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 11-21-2012

103224-002/1736682.doc