UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SMOKE RANCH DEVELOPMENT, LLC, a Nevada limited liability company, YOEL INY, an individual; NOAM SCHWARTZ, nan individual; YOEL INY, Trustee of the Y & T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:11-cv-01778-APG-VCF<br><br>Case No. 2:12-cv-00453-APG-NJK<br><br>**ORDER REQUIRING DEFENDANT TRUSTEES TO PRODUCE THE NAMES AND ADDRESSES OF THE TRUST BENEFICIARIES TO RECEIVE NOTICE UNDER NRS § 162.120** |

　　　　On July 3, 2014, I ordered the trust defendants to comply with NRS § 163.120(2) by furnishing to Plaintiff lists of each of the trusts' beneficiaries that should be notified under that statute. (Dkt. #118.) On July 16, 2014, the trust defendants certified their compliance with that order. Within 10 days of entry of this Order, the parties shall file a joint or separate briefs informing me whether they believe Plaintiff has satisfied the notice requirements of NRS § 163.120(2). If the parties disagree, they shall explain their respective positions (with supporting evidence), and explain what impact they believe that has on this case.

　　　　DATED this ____ day of August, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE