UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>D.M.S.I. L.L.C., a Nevada limited-liability company; YOEL INY; NOAM SCHWARTZ; Yoel Iny, Trustee of the Y&T Iny Family Trust; NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:11-cv-01778-APG-VCF<br><br>**JUDGMENT** |

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment (Dkt. 128),

IT IS HEREBY ORDERED that Judgment is entered in favor of plaintiff BRANCH BANKING AND TRUST COMPANY and against defendants D.M.S.I., LLC, YOEL INY, NOAM SCHWARTZ, the Y&T INY FAMILY TRUST, and the NS 1998 FAMILY TRUST in the following amounts:

| | |
|---|---|
| Principal | $3,450,179.31 |
| Interest until April 16, 2013 | 2,233,991.10 |
| Interest from April 17, 2013 through August 27, 2015 (862 days x $1,725.09 per day) | $1,487,027.58 |
| **Total Judgment** | $ 7,171,197.99 |

IT IS FURTHER ORDERED that interest shall accrue on the Total Judgment entered above in favor of Plaintiff at the maximum rate allowed by law from the date of entry of this Judgment until fully paid or otherwise satisfied.

DATED this 27th day of August, 2015.

_____
Andrew P. Gordon
United States District Judge