```
Jeremy J. Nork (SBN 4017)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. 775/ 327-3000
Fax 775/ 786-6179
jnork@hollandhart.com
fzlaforge@hollandhart.com
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>D.M.S.I., L.L.C., a Nevada limited-liability company; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust; NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:11-cv-01778-APG-VCF<br><br>**MOTION TO REMOVE FORMER COUNSEL FROM SERVICE LIST AND [~~PROPOSED~~] ORDER** |

Pursuant to LR-11.6(e), Plaintiff, by and through counsel, Holland & Hart LLP, hereby moves this court for an Order removing attorney Nicole E. Lovelock from all service lists, including the court's electronic notification list, in the above-captioned case.

Ms. Lovelock previously represented Plaintiff in this case, but she is no longer affiliated with Holland & Hart LLP, no longer represents Plaintiff, has no interest in the outcome of this case and does not require further notice of these proceedings.

/ / /

A courtesy copy of this Motion is being served on former counsel by mail and e-mail as follows:

Nicole E. Lovelock
Lovelock Hill PLLC
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
nlovelock@lovelockhill.com

DATED October 10, 2016.

                                                  /s/
Jeremy J. Nork
Frank Z. LaForge
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. 775/ 327-3000
Fax 775/ 786-6179

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Martha Hauser, certify:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of HOLLAND & HART LLP. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

On October 10, 2016, I electronically filed the foregoing **MOTION TO REMOVE FORMER COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER,** with the Clerk via CM/ECF in compliance with the Federal Rules of Civil Procedure and LR 5-4. Service on all registered participants will be made by CM/ECF.

Bart K. Larsen, Esq.
Kolesar & Leatham
blarsen@klnevada.com

/s/
Martha Hauser

Jeremy J. Nork (SBN 4017)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. 775/ 327-3000
Fax 775/ 786-6179
jnork@hollandhart.com
fzlaforge@hollandhart.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>D.M.S.I., L.L.C., a Nevada limited-liability company; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust; NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive.<br><br>　　　　　Defendants. | CASE NO. 2:11-cv-01778-APG-VCF<br><br>[PROPOSED] ORDER GRANTING MOTION TO REMOVE FORMER COUNSEL FROM SERVICE LIST |

Having considered Plaintiff's Motion To Remove Former Counsel From Service List, the Court hereby GRANTS Plaintiff's Motion. The Court orders that former counsel Nicole E. Lovelock (nlovelock@lovelockhill.com), be removed from all service lists in this case, including the Court's electronic notification list.

　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　DATED: October 11, 2016 .