Jeremy J. Nork (SBN 4017)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
775/ 327-3000
775/ 786-6179 – fax
jnork@hollandhart.com
fzlaforge@hollandhart.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>D.M.S.I., L.L.C., a Nevada limited-liability company; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust; NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:11-cv-01778-APG-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR NONTAXABLE COSTS**<br><br>(First Request)<br><br>**ORDER** |

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadline for Plaintiff to respond to Defendants' Opposition to Plaintiff's Motion for Renewed Motion for Nontaxable Costs (Dkt. 161), from October 17, 2016 to

/ / /

**October 31, 2016**.  This stipulation is made to accommodate the schedule of Plaintiff's counsel and not for purposes of delay.

DATED October 18, 2016

    /s/ Jeremy J. Nork
Jeremy J. Nork, Esq.
Frank Z. LaForge, Esq.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Attorneys for Plaintiff

DATED October 18, 2016

    /s/ Bart K. Larsen
Bart K. Larsen, Esq.
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendants

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 19, 2016.