BART K. LARSEN, ESQ.
Nevada Bar No. 8538
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    blarsen@klnevada.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

|  |  |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>D.M.S.I., L.L.C., a Nevada limited liability company, YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust; NST HOLDING, INC., Trustee of the NS 1998 Family Trust; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-01778-APG-VCF |

**SATISFACTION OF JUDGMENT AND RELEASE OF LIENS**

FOR GOOD AND VALUABLE CONSIDERATION, Plaintiff BRANCH BANKING AND TRUST COMPANY ("BB&T" or "Plaintiff") hereby acknowledges full and final satisfaction of (i) the Judgment entered in this action in favor of BB&T and against Defendants D.M.S.I., L.L.C., YOEL INY, NOAM SCHWARTZ, YOEL INY as Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994, and NST HOLDINGS, INC. as Trustee of the NS 1998 FAMILY TRUST (collectively "Defendants")on August 27, 2015 [ECF No. 140] in the amount of $7,171,1997.99, (ii) the Clerk's Judgment entered in this action in favor of BB&T and against Defendants on September 6, 2016 [ECF No. 155] in the amount of $165,802.20, and (iii) the

2755653 (2) (8237-9)                    Page 1 of 3

Amended Judgment entered in this action in favor of BB&T and against Defendants on May 1, 2017 [ECF No. 170] awarding BB&T attorney fees in the amount of $165,802.20 and non-taxable costs in the amount of $1,524.77.

FOR GOOD AND VALUABLE CONSIDERATION, Plaintiff BB&T hereby fully releases and discharges any and all liens or encumbrances of any kind that may have attached to any real or personal property of any of the Defendants in connection with any of the above-referenced Judgments, including, but not limited to, the following:

1. The Judgment recorded in the Official Records of the County Recorder in and for Clark County, Nevada (the "Official Records of Clark County") on August 28, 2015 as Instrument No. 20150828-0002544;

2. The Judgment recorded in the Official Records of Clark County on September 1, 2015 as Instrument No. 20150901-0001010;

3. The Judgment recorded in the Official Records of Clark County on September 1, 2015 as Instrument No. 20150901-0001011;

4. The Judgment recorded in the Official Records of the County Recorder in and for San Bernardino County, California (the "Official Records of San Bernardino County") on September 17, 2015 as Instrument No. 2015-0404732;

5. The Judgment recorded in the Official Records of the County Recorder in and for Los Angeles County, California (the "Official Records of Los Angeles County") on September 29, 2015 as Instrument No. 20151202994;

6. The Judgment recorded in the Official Records of San Bernardino County, California on October 15, 2015 as Instrument No. 2015-0448754;

7. The Judgment recorded in the Official Records of San Bernardino County, California on October 21, 2015 as Instrument No. 2015-0455820;

8. The Judgment recorded in the Official Records Los Angeles County on November 4, 2015 as Instrument No. 20151352296;

9. The Judgment recorded in the Official Records Los Angeles County on November 4, 2015 as Instrument No. 20151352299;

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

10. The Judgment recorded in the Official Records of Clark County on July 21, 2016 as Instrument No. 20160721-0001912;

11. The Judgment recorded in the Official Records of Clark County on July 21, 2016 as Instrument No. 20160721-0001913;

12. The Judgment recorded in the Official Records of Clark County on August 31, 2016 as Instrument No. 20160831-0003142;

13. The Judgment recorded in the Official Records of Clark County on August 31, 2016 as Instrument No. 20160831-0003143;

14. The Judgment recorded in the Official Records of Clark County on August 31, 2016 as Instrument No. 20160831-0003144;

15. The Judgment recorded in the Official Records of Clark County on August 31, 2016 as Instrument No. 20160831-0003147; and

16. The Judgment recorded in the Official Records of Clark County on August 31, 2016 as Instrument No. 20160831-0003148.

DATED this _19_ day of _December_, 2017.

BRANCH BANKING AND TRUST COMPANY

By: _Tom Aderhold_

Title: _Senior Vice President_

STATE OF _Florida_ )

COUNTY OF _Pinellas_ ) : ss.

SUBSCRIBED and SWORN to before me by _Tom Aderhold_ this _14th_ day of _December_, 2017.

_Tammy Lynch_

NOTARY PUBLIC

(My commission expires: _____)



TAMMY LYNCH
Notary Public, State of Florida
Commission# FF 92086
My comm. expires Mar. 21, 2018

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

2755653 (2) (8237-9)